# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries, Ltd.**, *et al.*, | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors.[1] | Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd. and **Ronald R. Peterson**, as chapter 7 trustee for Oak Park Avenue Realty, Ltd., | |
| Plaintiffs, | Adversary No. 19-00272 |
| v. | |
| **Bastian Weinhold and BTED, LLC**, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiffs Ronald R. Peterson, as chapter 7 trustee for Mack Industries, Ltd. and Ronald R. Peterson, as chapter 7 trustee for Oak Park Avenue Realty Ltd., and Defendants Bastian Weinhold and BTED LLC, hereby stipulate pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the voluntary dismissal of the captioned adversary proceeding without prejudice.

---

[1] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

{00194102}

Dated: April 12, 2021

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd. and **Ronald R. Peterson**, as chapter 7 trustee for Oak Park Avenue Realty, Ltd.

By: */s/ Jeffrey K. Paulsen*
One of His Attorneys

**Bastian Weinhold**

By: _____
One of His Attorneys

**BTED, LLC**

By: _____
One of Its Attorneys

Prepared by:
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-0969
Email: jpaulsen@wfactorlaw.com

{00194102}